IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERROD KEARNEY,**<br><br>                                   Petitioner,<br><br>           v.<br><br>**G. SWARTHOUT, Warden,**<br><br>                                   Respondent. | Case No. C 09-05308 CW (PR)<br><br>[~~PROPOSED~~] ORDER |

   On motion of respondent and good cause appearing, it is ordered that the time for filing the response be, and the same is, extended to 60 days to including March 9, 2011.  Petitioner's reply, if any, shall be filed within 30 days of receipt of respondent's pleading

Dated:  **1/14/2011**                                    _____
                                                                        The Honorable Claudia Wilken

1

[~~Proposed~~] Order (C 09-05308 CW (PR))